NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**VETERANS LEGAL ADVOCACY GROUP,**
*Claimant-Appellant*

**v.**

**DENIS MCDONOUGH, Secretary of Veterans Affairs,**
*Respondent-Appellee*

———————————

2023-1990

———————————

Appeal from the United States Court of Appeals for Veterans Claims in No. 23-2427, Judge Amanda L. Meredith.

———————————

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2　　　　　VETERANS LEGAL ADVOCACY GROUP v. MCDONOUGH

(2) Each side shall bear their own costs.

FOR THE COURT

July 19, 2023
　　Date

/s/ Jarrett B. Perlow
Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** July 19, 2023